

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-20-00172-CR

Bruce **JONES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-5212
Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

Appellant's counsel of record has filed a letter stating he is not appellant's court-appointed appellate counsel. Since appellant is indigent, new appellate counsel must be appointed. It is therefore ORDERED that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment within thirty (30) days of the date this order is signed. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All filing deadlines are suspended until this reinstatement.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court